Danny M. KELLY, Plaintiff, Appellant,

v.

NORTEL NETWORKS CORPORATION, Defendant, Appellee.

No. 01–1135.

United States Court of Appeals, First Circuit.

Sept. 13, 2001.

Danny M. Kelly, on brief, pro se.

John D. Hanify, Matthew T. Connolly and Hanify & King, P.C. on brief, for appellee.

Before BOUDIN, Chief Judge, TORRUELLA and SELYA, Circuit Judges.

PER CURIAM.

Upon *de novo* review, we affirm the summary judgment dismissing plaintiff's complaint substantially for the reasons stated in the district court's order of dismissal. The district court did not abuse its discretion in denying plaintiff's alternative request for leave to amend the complaint since the proposed amendment was frivolous (and, in all events, would have been futile).

*Affirmed.*